(106 So. 920)

Joseph LEONARD v. STATE. (5 Div. 557.) (Court of Appeals of Alabama. Dec.

---

[1] Ante, p. 187.

15, 1925.) Appeal from Circuit Court, Chilton County; G. F. Smoot, Judge. Harwell G. Davis, Atty. Gen., for the State.

BRICKEN, P. J. From a judgment of conviction for the offense of violating the state prohibition law, this appeal was taken. The appeal is upon the record only, there being no bill of exceptions. No question is therefore presented for our consideration, except that of the regularity of the proceedings shown by the record. The proceedings appear regular in all things. No error being apparent upon the record, the judgment of the circuit court is affirmed. Affirmed.